# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COLLEEN SCHRADER, PERSONAL REPRESENTATIVE OF THE ESTATE OF ERNEST SCHRADER, DECEASED, AND INDIVIDUALLY AS WIDOW IN HER OWN RIGHT,

Respondent

v.

AMERON INTERNATIONAL CORPORATION,

Petitioner

: No. 234 EAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.